**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| RECENTIVE ANALYTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOX CORPORATION and<br>FOX BROADCASTING COMPANY, LLC,<br><br>Defendants. | Civil Action No. 22-1545-GBW |

**DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Fox Corporation and Fox Broadcasting Company, LLC (together, "Fox" or "Defendants") respectfully move to dismiss with prejudice Plaintiff Recentive Analytics, Inc.'s complaint for patent infringement, for failure to state a claim for relief. Plaintiff's asserted patents—U.S. Patent No. 10,911,811 ("the '811 patent") and U.S. Patent No. 10,958,957 ("the '957 patent") (together, the "Patents-in-Suit")—fail to claim patent eligible subject matter under 35 U.S.C. § 101 and are therefore invalid.

The grounds for this Motion are set forth in Defendants' Opening Brief in support of this Motion, filed herewith.

2

*Of Counsel:*

Pillsbury Winthrop Shaw Pittman LLP

Michael E. Zeliger
Ranjini Acharya
2550 Hanover Street
Palo Alto, CA 94304
(650) 233-4500
michael.zeliger@pillsburylaw.com
ranjini.acharya@pillsburylaw.com

Evan Finkel
Michael S. Horikawa
725 S Figueroa St – 36th Floor
Los Angeles, CA 90017
(213) 488-7307
evan.finkel@pillsburylaw.com
michael.horikawa@pillsburylaw.com

Dated:  February 10, 2023

   */s/Francis DiGiovanni*
Francis DiGiovanni (No. 3189)
Thatcher A. Rahmeier (No. 5222)
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Fox Corporation and
Fox Broadcasting Company LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RECENTIVE ANALYTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOX CORPORATION and <br> FOX BROADCASTING COMPANY, LLC, <br><br> Defendants. | Civil Action No. 22-1545-GBW |

**<u>PROPOSED ORDER</u>**

WHEREAS Defendants Fox Corporation and Fox Broadcasting Company, LLC have moved to dismiss Plaintiff Recentive Analytics, Inc.'s complaint for patent infringement (D.I. 1), for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6).

WHEREAS, the Court, having considered the Motion and the briefing and argument related hereto, finds that Plaintiff's asserted patents—U.S. Patent No. 10,911,811 and U.S. Patent No. 10,958,957 (together, the "Patents-in-Suit")—fail to claim patent eligible subject matter under 35 U.S.C. § 101 and are therefore invalid,

IT IS THEREFORE ORDERED this _____ day of _____, 2023, that the Motion is GRANTED, and that the Patents-in-Suit are invalid and Plaintiff's Complaint (D.I. 1) is therefore dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE