**Exhibit A: Comparison of Claim 1 with Claim 12 of the '811 Patent**

| US Patent No. 10,911,811 | US Patent No. 10,911,811 |
|---|---|
| 1. A *computer-implemented method* for dynamically generating a network map, the method comprising: | 12. A *system* for dynamically generating a network map, the system comprising:<br><br>*one or more computer processors programmed to perform operations comprising:* |
| receiving a schedule for a first plurality of live events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time; | receiving a schedule for a first plurality of live events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time; |
| generating, based on the schedule, a network map mapping the first plurality of live events and the second plurality of live events to a plurality of television stations for a plurality of cities, | generating, based on the schedule, a network map mapping the first plurality of live events and the second plurality of live events to a plurality of television stations for a plurality of cities, |
| wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities, | wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities, |
| wherein the network map identifies for each station (i) a first live event from the first plurality of live events that will be displayed at the first time and (ii) a second live event from the second plurality of live events that will be displayed at the second time, and | wherein the network map identifies for each station (i) a first live event from the first plurality of live events that will be displayed at the first time and (ii) a second live event from the second plurality of live events that will be displayed at the second time, and |
| wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events; | wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events; |
| automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria, | automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria, |
| wherein updating the network map comprises updating the mapping of the first plurality of | wherein updating the network map comprises updating the mapping of the first plurality of |

1

| US Patent No. 10,911,811 | US Patent No. 10,911,811 |
|---|---|
| live events and the second plurality of live events to the plurality of television stations; and<br><br>using the network map to determine for each station (i) the first live event from the first plurality of live events that will be displayed at the first time and (ii) the second live event from the second plurality of live events that will be displayed at the second time. | live events and the second plurality of live events to the plurality of television stations; and<br><br>using the network map to determine for each station (i) the first live event from the first plurality of live events that will be displayed at the first time and (ii) the second live event from the second plurality of live events that will be displayed at the second time. |

2