**Exhibit B: Comparison of Claims 1 and 12 of the '811 Patent with Claims 1 and 14, Respectively, of the '957 Patent**

| US Patent No. 10,911,811 | US Patent No. 10,958,957 |
|---|---|
| 1. A computer-implemented method for dynamically generating a network map, the method comprising: | 1. A computer-implemented method for dynamically generating a network map, the method comprising: |
| receiving a schedule for a first plurality of *live* events scheduled to start at a first time and a second plurality of *live* events scheduled to start at a second time; | obtaining a schedule for a first plurality of events scheduled to start at a first time and a second plurality of events scheduled to start at a second time; |
| generating, based on the schedule, a network map mapping the first plurality of *live* events and the second plurality of *live* events to a plurality of television stations for a plurality of cities, | generating, based on the schedule, a network map mapping the first plurality of events and the second plurality of events to a plurality of television stations for a plurality of cities, |
| wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities, | wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities, |
| wherein the network map identifies for each station (i) a first *live* event from the first plurality of *live* events that will be displayed at the first time and (ii) a second *live* event from the second plurality of *live* events that will be displayed at the second time, and | wherein the network map identifies for each station (i) a first event from the first plurality of events that will be displayed at the first time and (ii) a second event from the second plurality of events that will be displayed at the second time, and |
| wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of *live* events and the second plurality of *live* events; | wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of events and the second plurality of events; |
| automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria, | automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria, |
| wherein updating the network map comprises updating the mapping of the first plurality of *live* events and the second plurality of *live* | wherein updating the network map comprises updating the mapping of the first plurality of events and the second plurality of events to the plurality of television stations; and |

| US Patent No. 10,911,811 | US Patent No. 10,958,957 |
|---|---|
| events to the plurality of television stations; and<br>using the network map to determine for each station (i) the first *live* event from the first plurality of *live* events that will be displayed at the first time and (ii) the second *live* event from the second plurality of *live* events that will be displayed at the second time. | using the network map to determine for each station (i) the first event from the first plurality of events that will be displayed at the first time and (ii) the second event from the second plurality of events that will be displayed at the second time. |
| 12. A system for dynamically generating a network map, the system comprising:<br><br>one or more computer processors programmed to perform operations comprising:<br><br>receiving a schedule for a first plurality of *live* events scheduled to start at a first time and a second plurality of *live* events scheduled to start at a second time;<br><br>generating, based on the schedule, a network map mapping the first plurality of *live* events and the second plurality of *live* events to a plurality of television stations for a plurality of cities,<br><br>wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,<br><br>wherein the network map identifies for each station (i) a first *live* event from the first plurality of *live* events that will be displayed at the first time and (ii) a second *live* event from the second plurality of *live* events that will be displayed at the second time, and<br><br>wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events; | 14. A system for dynamically generating a network map, the system comprising:<br><br>one or more computer processors programmed to perform operations comprising:<br><br>obtaining a schedule for a first plurality of events scheduled to start at a first time and a second plurality of events scheduled to start at a second time;<br><br>generating, based on the schedule, a network map mapping the first plurality of events and the second plurality of events to a plurality of television stations for a plurality of cities,<br><br>wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,<br><br>wherein the network map identifies for each station (i) a first event from the first plurality of events that will be displayed at the first time and (ii) a second event from the second plurality of events that will be displayed at the second time, and<br><br>wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of events and the second plurality of events; |

2

| US Patent No. 10,911,811 | US Patent No. 10,958,957 |
|---|---|
| automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,<br><br>wherein updating the network map comprises updating the mapping of the first plurality of *live* events and the second plurality of *live* events to the plurality of television stations; and<br><br>using the network map to determine for each station (i) the first *live* event from the first plurality of li *live* ve events that will be displayed at the first time and (ii) the second *live* event from the second plurality of *live* events that will be displayed at the second time. | automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,<br><br>wherein updating the network map comprises updating the mapping of the first plurality of events and the second plurality of events to the plurality of television stations; and<br><br>using the network map to determine for each station (i) the first event from the first plurality of events that will be displayed at the first time and (ii) the second event from the second plurality of events that will be displayed at the second time. |

3