IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RECENTIVE ANALYTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOX CORPORATION, a Delaware corporation; FOX BROADCASTING COMPANY, LLC, a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Defendants. | C.A. No. 22-1545-GBW<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED COMPLAINT FOR
PATENT INFRINGEMENT AND JURY DEMAND**

Plaintiff, Recentive Analytics, Inc. ("Recentive" or "Plaintiff"), by and through its

attorneys, for its First Amended Complaint[1] for Patent Infringement against Fox Corporation,

Fox Broadcasting Company, LLC, and Fox Sports Productions, LLC (collectively, "Fox" or

"Defendants"), hereby alleges as follows:

**NATURE OF THE ACTION**

1.      This patent infringement case is brought to protect the valuable inventions that

Recentive Analytics, a Boston-based analytics company, created and has been developing since

2017 that enable users to optimize scheduling based on demand for live and televised events such

_____

[1] Plaintiff understands that filing this First Amended Complaint moots Defendants' Motion to Dismiss (D.I. 9) and Brief in Support (D.I. 10).

1

as sporting events. In recognition of the value and novelty of Recentive's inventions, the United States Patent and Trademark Office granted the company U.S. Patent Nos. 10,911,811 (the "'811 Patent"), 10,958,957 (the "'957 Patent"), 11,386,367 (the "'367 Patent"), and 11,537,960 (the "'960 Patent") (collectively, the "Patents-In-Suit).

2. Specifically, Recentive has developed an automated predictive analytics tool tailored toward optimizing scheduling of live events and television broadcasts. Recentive's predictive analytics tool generates network maps that optimize content on a regional basis to maximize viewership. Recentive's proprietary technique allows for network maps to be updated dynamically in response to real time events and conditions—a significant improvement over conventional static maps used to schedule and broadcast events prior to Recentive's invention.

3. Recentive's innovative platform also offers the benefit of customization, enabling users to optimize the network maps based on particular user-selected parameters. Using its patented technology, Recentive builds and offers to its users predictive analytics platforms that enable faster and better predictions leading to improved allocation of resources. Many television networks, sports teams, and live entertainment entities (e.g., the National Football League ("NFL"), Columbia Broadcasting System ("CBS"), Boston Red Sox, Atlanta Falcons, Tampa Bay Buccaneers, the United States Tennis Association, and the Dallas Stars) have recognized the value provided by Recentive's technology.

4. Fox is one of the largest broadcasters of sports and live event content in the country. Fox was aware of Recentive's software platform and technology at least by 2018. Instead of taking a license to Recentive's patented technology, on information and belief, by at least early 2022, Fox began building its own internal predictive analytics platform to optimize scheduling of live sporting events.

5.      By virtue of Recentive's and Fox's separate partnerships with the NFL, Fox was aware of and had access to the optimal station mappings created using Recentive's predictive analytics platform for regional scheduling of NFL football games for multiple seasons, including specifically the 2022–2023 season.  Fox, however, has not used Recentive's network maps to schedule regional broadcasts of NFL games.  Instead, on information and belief, Fox is using infringing predictive analytics software to optimize scheduling and broadcasts of NFL games on its regional stations.

## THE PARTIES

6.      Recentive Analytics is a Delaware corporation that specializes in providing artificial intelligence solutions for the live entertainment industry.  Recentive has its principal place of business at One Gateway Center, Newton, MA 02458.

7.      Defendant Fox Corporation is a Delaware corporation with a principal place of business at 1211 Avenue of the Americas, New York, New York.

8.      Defendant Fox Broadcasting Company, LLC ("Fox Broadcasting") is a Delaware limited liability company with principal places of businesses at 1211 Avenue of the Americas, New York City, New York and in Los Angeles, California.  Upon information and belief, Fox Broadcasting is responsible for scheduling and distributing content to Fox's regional affiliate stations.  Fox Broadcasting is a wholly-owned subsidiary of Fox Corporation.

9.      Defendant Fox Sports Productions, LLC ("Fox Sports") is a Delaware limited liability company with principal places of businesses at 1211 Avenue of the Americas, New York City, New York and in Los Angeles, California.

## JURISDICTION AND VENUE

10.      This action arises under the patent laws of the United States, 35 of the United States Code, including 35 U.S.C. § 271.  This Court has subject matter jurisdiction over this matter

3

pursuant to 28 U.S.C. §§ 1331 and 1338(a) because all claims in this action arise under the patent laws of the United States.

11.     This Court has personal jurisdiction over Fox Corporation, Fox Broadcasting, and Fox Sports because the entities are organized and exist under the laws of the State of Delaware. In addition, the Fox Defendants have committed acts within Delaware giving rise to this action and have established minimum contacts with this forum such that the exercise of jurisdiction over the Fox Defendants would not offend traditional notions of fair play and substantial justice.  The Fox Defendants, directly and through subsidiaries or intermediaries (including distributors, retailers, and others), conduct substantial business in this forum, including (i) broadcasting sporting events to television stations and individuals residing in Delaware; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from services provided to companies and individuals in Delaware.

12.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b)–(d) and 1400(b) because the Defendants reside in Delaware.

## THE PATENTS-IN-SUIT

13.     On February 2, 2021, United States Patent No. 10,911,811 entitled "Systems and Methods for Automatically and Dynamically Generating a Network Map" was duly and legally issued by the United States Patent and Trademark Office ("USPTO").  A copy of the '811 Patent is attached hereto as Exhibit A.

14.     On March 23, 2021, United States Patent No. 10,958,957 entitled "Systems and Methods for Automatically and Dynamically Generating a Network Map" was duly and legally issued by the USPTO.  A copy of the '957 Patent is attached hereto as Exhibit B.

15.    On July 12, 2022, United States Patent No. 11,386,367 entitled "Systems and Methods for Determining Event Schedules" was duly and legally issued by the USPTO.  A copy of the '367 Patent is attached hereto as Exhibit C.

16.    On December 27, 2022, United States Patent No. 11,537,960 entitled "Systems and Methods for Determining Event Schedules" was duly and legally issued by the USPTO.  A copy of the '960 Patent is attached hereto as Exhibit D.

17.    Recentive is the owner and assignee of the '811, '957, '367, and '960 Patents and holds the right to sue for and recover all damages for infringement therefore, including past infringement.

18.    The Patents-In-Suit are directed to improved methods and systems for generating network maps and event schedules used to broadcast events on multiple channels.  Prior to Recentive's invention, conventional network map and event schedule technology suffered from many drawbacks.  For example, conventional processes and systems used to generate network maps and event schedules were static and, as a result, incapable of responding to changing conditions.  Furthermore, conventional processes were fixed on one default configuration, unable to consider multiple possible schedule permutations or configurations, and unable to forecast the impact of a proposed schedule change.  Conventional processes were also unable to prioritize certain parameters or target criteria in the creation of event schedules, could not be iteratively trained, and were not capable of collecting and analyzing social media data to forecast the impact on the future series of live events.

19.    Recentive recognized that providing real-time forecasts via predictive analytics helps users understand future outcomes to drive more impactful business decision making.  The inventions of the '811, '957, '367, and '960 Patents were conceived in response to the need for a

predictive software platform that generates optimized network maps and event schedules based on real time data.

20.     The amount of data to be collected and analyzed would be overwhelming to a human working without the aid of machine learning, and it would be impossible for a human to produce near-simultaneous updates to network maps or event schedules based on real-time data— by the time a human had collected the data, analyzed it, and produced a revised network map or event schedule, the data would be obsolete because additional data requiring further collection and analysis would have been produced.  To solve these problems and fulfill users' needs, Recentive's patented inventions are computer-implemented machine learning methods that provide users the ability to generate and optimize network maps and event schedules based on user selected parameters and real time data.  Recentive's improvement over conventional techniques allows companies to better predict future events (e.g., viewership), and therefore, optimizes their outcomes.

21.     Recentive's approach was and remains unconventional—delivering markedly superior results to historic approaches, as evidenced by multiple, notable high-profile Recentive customers.  Recentive's automated techniques for generating network maps and event schedules: 1) enable users to collect and analyze vast amounts of data from disparate sources that would be impossible to analyzing in conventional systems, 2) are generated based on machine learning algorithms designed to optimize a certain parameter (e.g., highest overall projected ratings), 3) are generated based on real time data, and 4) are dynamically updated based on changing conditions.

22.     Recentive's patented methods allow for machine learning to automatically collect and analyze vast amounts of information to find useful patterns, and to then apply these patterns to create updated optimized network maps and event schedules in real-time.  The machine learning

6

models are capable of evaluating hundreds of features that influence viewership of live events in real time, such as betting activity, player/team following, ticketing activity, fantasy football activity, social media posts and commenting, and merchandising activity. The model can also "be trained to recognize how to optimize, maximize, or minimize one or more of the target features." Ex. D ('960 Patent) at 6:21-24; Ex. C ('367 Patent) at 6:12-15; *see also* Ex. B ('957 Patent) at 3:36-38; Ex. A ('811 Patent) at 3:26-28. This claimed collection, analysis, and application of patterns in real-time is an unconventional approach to network map and event schedule generation that "solves many of the drawbacks of conventional techniques" (Ex. A ('811 Patent) at 1:35-37; Ex. B ('957 Patent) at 1:42-44; *see also* Ex. C ('367 Patent) at 1:40-46; Ex. D ('960 Patent) at 1:48-54), and achieves a better result than what a human could perform alone.

23.     In addition, Recentive's patented methods do not require the generation of a single network map. Rather, the machine learning techniques embodied in the claims of the Patents-In-Suit identify the optimal map by iterating over every possible map, predicting the outcome of each to identify the optimal map. In addition to the amount of data processed, the sheer magnitude of the solution space is beyond what can be performed in the human mind. For example, the NFL scheduled 272 games across the 18 weeks of the 2022 season. Each week of the season, on average, has five time slots: Thursday at 8:20 pm, Sunday at 1 pm, Sunday at 4:05 pm/4:25 pm, Sunday at 8:15 pm, and Monday Night Football. The majority of the games are played on Sunday and subject to certain requirements, each can be broadcasted to approximately 200 regional markets in the United States. On average, there are over one million possible network maps for a given week in the NFL schedule. Prior to Recentive's machine learning, patented invention, it was impossible (and unconventional) to generate each network map, predict the outcome, and identify the optimal solution. Rather, network maps were generated using crude and suboptimal

generalizations about viewers' preferences within a given region. Recentive's patented technology, using trained machine learning models, results in prediction accuracy over 98%, which empowers users to make informed business decisions.

### The '811 and '957 Patents ("the '811 Family")

24.    The '957 Patent is a continuation of the '811 Patent, and the '811 and '957 Patents share a specification. The invention described and claimed in the '811 Family includes "a computer algorithm designed to optimize a particular parameter, such as overall television ratings for the NFL across all games, ratings for the NFL with a particular affiliate (CBS or FOX), ratings for the NFL in a particular market, with a particular audience, or at a particular time." Ex. A ('811 Patent) at 3:10-15. The underlying computer algorithm is "developed using a machine learning technique . . . [such as] a gradient boosted random forest, a regression, a neural network, a decision tree, a support vector machine, [or] a Bayesian network." *Id.* at 3:21-26.

25.    These features, and others, of the '811 Family are contained in the claims of the '811 Patent and are directed to an improvement in the functioning of generating network maps, not to an abstract idea. The specification explains that the steps recited in the claims are directed to "an improved technique for generating network maps" that "solves many of the drawbacks of conventional techniques" by, e.g., "automatically updating the network map includ[ing] optimizing the network map based on a particular parameter . . . in real time," by using "machine learning technique[s]," and by automatically "generating the schedule for the plurality of events." *Id*. at 1:30-37, 2:6-14. And these improvements are reflected in the claims. For example, claims 6–9 depend from claim 1 and claim that the generation of the network map that is "based on at least one of weather data, news data, or gambling data," is updated "based on a particular parameter" comprising "the overall rating or a projected rating in a certain market for the plurality

of televisions stations," and ultimately generates "the schedule for the first plurality of live events and the second plurality of live events":

> 1. A computer-implemented method for dynamically generating a network map, the method comprising:
>
> receiving a schedule for a first plurality of live events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time;
>
> generating, based on the schedule, a network map mapping the first plurality of live events and the second plurality of live events and the second plurality of live events to a plurality of television stations for a plurality of cities,
>
> wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,
>
> wherein the network map identifies for each station (i) a first live event from the first plurality of live events that will be displayed at the first time and (ii) a second live event from the second plurality of live events that will be displayed at the second time, and
>
> wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events;
>
> automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,
>
> wherein updating the network map comprises updating the mapping of the first plurality of live events and the second plurality of live events to the plurality of television stations; and
>
> using the network map to determine for each station (i) the first live event from the first plurality of live events that will be displayed at the first time and (ii) the second live event from the second plurality of live events that will be displayed at the second time.
>
> * * *
>
> 6. The method of claim 1, wherein generating the network map comprises generating the network map based on at least one of weather data, news data, or gambling data.

9

7. The method of claim 1, wherein the step of automatically updating the network map comprises optimizing the network map based on a particular parameter.

8. The method of claim 7, wherein the particular parameter comprises the overall rating or a projected rating in a certain market for the plurality of television stations.

9. The method of claim 1, further comprising, prior to the receiving step, generating the schedule for the first plurality of live events and the second plurality of live events.

Ex. A ('811 Patent) at 9:65-10:32; 10:43-54.

26.    Similar technical features are included in the claims of the '957 Patent, which is a continuation of and claims priority to the '811 Patent:

1.  A computer-implemented method for dynamically generating a network map, the method comprising:

Obtaining a schedule for a first plurality of events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time;

generating, based on the schedule, a network map mapping the first plurality of events and the second plurality of events and the second plurality of events to a plurality of television stations for a plurality of cities,

wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,

wherein the network map identifies for each station (i) a first event from the first plurality of events that will be displayed at the first time and (ii) a second event from the second plurality of events that will be displayed at the second time, and

wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of events;

automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,

10

wherein updating the network map comprises updating the mapping of the first plurality of events and the second plurality of events to the plurality of television stations; and

using the network map to determine for each station (i) the first event from the first plurality of events that will be displayed at the first time and (ii) the second event from the second plurality of events that will be displayed at the second time.

* * *

7. The method of claim 1, wherein generating the network map comprises generating the network map based on at least one of weather data, news data, or gambling data.

8. The method of claim 1, wherein the step of automatically updating the network map comprises optimizing the network map based on a particular parameter.

9. The method of claim 8, wherein the particular parameter comprises the overall rating or a projected rating in a certain market for the plurality of television stations.

* * *

12. The method of claim 1, further comprising, prior to the obtaining step, generating the schedule for the first plurality of events and the second plurality of events.

Ex. B ('957 Patent) at 10:8-40, 10:56-65, 11:5-7.

27.    The '811 and '957 Patents' recitation of the use of machine learning techniques to generate network maps that optimize an overall television rating across the first plurality of live events and the second plurality of live events provides an improvement to traditional, conventional techniques used to generate network maps for scheduling multi-event broadcasts.  Network maps that automatically update on demand and in real time based on changes to schedules and/or criteria also provide an improvement to traditional, conventional techniques used to generate network maps for scheduling multi-event broadcasts.

28.    The claims of the '811 and '957 Patents recite the use of machine learning to create a network map and overcome many of the negative features in prior art manual processes, which

11

were "static and incapable of responding to changing conditions, fixed on one default configuration and unable to consider multiple possible schedule permutations or configurations, fixed on one default configuration and unable to consider multiple possible schedule permutations or configurations, and unable to forecast the impact of a proposed schedule change." Ex. A ('811 Patent) at 1:23-29; Ex. B ('957 Patent) at 1:31-36. The '811 and '957 Patents disclose and claim a specific process of prioritizing certain parameters and automatically updating the map in real time based on certain criteria to optimize the network map, an improvement upon prior art manual processes.

29. The '811 and '957 Patents do not simply claim automation of the manual process of generating a network map. Instead, the '811 and '957 Patents utilize machine learning techniques such as Bayesian networks or regressions. Ex. A ('811 Patent) at 3:21-26; Ex. B ('957 Patent) at 3:32-37. These techniques do not mimic mental processes, but are separate structures or architectures that receive, process, and generate data in a unique manner. By then applying the machine learning techniques to a computer, the '811 and '957 Patents recite a specific improvement in the computer system-generated network map.

30. For example, the '811 and '957 Patents recite allowing for the consideration of multiple possible schedule permutations or configurations; forecasting the impact of a proposed schedule change; applying data from weather, news, and gambling and updating the network maps based on one or more of those parameters; and projecting ratings for potential network maps in a certain market and television station. The simultaneous consideration and application of innumerable variables to a proposed network map can only be done using machine learning techniques applied to a computer system–such multivariable analysis is too sophisticated for a human to perform.

**The '367 and '960 Patents ("the '367 Family")**

31.    The '960 Patent is a continuation of the '367 Patent, and the '367 and '960 Patents share a specification.  The '367 Family discloses the use of a "computer-implemented system[] and method[]" to "determine an optimized schedule for a proposed series of live events involving a performer in a plurality of geographic locations (e.g., a concert tour)."  Ex. C ('367 Patent) at 1:43-46; *see also* Ex. D ('960 Patent) at 1:51-54.  Different than the invention claimed in the '811 Family, the '367 Family claims additional technical features, involving "iteratively training" the machine learning model to generate an event schedule having improved accuracy based on a plurality of event parameters and plurality of event target features, as well as the collection and analysis of social media data to effect real-time changes in the event schedule, and to maximize total attendance at the plurality of future live events:

> 1.  A computer-implemented method for dynamically generating an event schedule, the method comprising:
>
> receiving one or more event parameters for series of live events, wherein the one or more event parameters comprise at least one of venue availability, venue locations, proposed ticket prices, performer fees, venue fees, scheduled performances by one or more performers, or any combination thereof;
>
> receiving one or more event target features associated with the series of live events, wherein the one or more event target features comprise at least one of event attendance, event profit, event revenue, event expenses, or any combination thereof;
>
> providing the one or more event parameters and the one or more event target features to a machine learning (ML) model, wherein the ML model is at least one of a neural network ML model and a support vector ML model;
>
> iteratively training the ML model to identify relationships between different event parameters and the one or more event target features using historical data corresponding to one or more previous series of live events, wherein such iterative training improves the accuracy of the ML model;

13

receiving, from a user, one or more user-specific event parameters for a future series of live events to be held in a plurality of geographic regions;

receiving, from the user, one or more user-specific event weights representing one or more prioritized event target features associated with the future series of live events;

providing the one or more user-specific event parameters and the one or more user-specific event weights to the trained ML model;

generating, via the trained ML model, a schedule for the future series of live events that is optimized relative to the one or more prioritized event target features;

detecting a real-time change to the one or more user specific event parameters;

providing the real-time change to the trained ML model to improve the accuracy of the trained ML model; and

updating, via the trained ML model, the schedule for the future series of live events such that the schedule remains optimized relative to the one or more prioritized event target features in view of the real-time change to the one or more user-specific event parameters.

* * *

4.  The method of claim 1, wherein generating the schedule for the for the future series of live events that is optimized to the one or more prioritized target features comprises generating a schedule that maximizes at least one of a revenue or a total attendance for at least one of the future series of live events or a single event from the future series of live events.

* * *

8. The method of claim 1, wherein detecting the real-time change to the one or more user-specific event parameters includes collecting and/or analyzing social media data related to the future series of live events.

Ex. C ('367 Patent) at 14:2-49, 14:57-63, 15:10-13.

1.  A computer-implemented method of dynamically generating an event schedule, the method comprising:

14

receiving one or more event parameters for one or more series of live events, wherein the one or more event parameters comprise scheduling information for one or more performances by one or more performers;

receiving one or more event target features associated with the series of live events, wherein the one or more event target features comprise at least one of event attendance, event profit, event revenue, event expenses, or any combination thereof;

providing the one or more event parameters and the one or more event target features to a machine learning (ML) model, wherein the ML model is at least one of a neural network ML model and a support vector ML model;

iteratively training the ML model to identify relationships between the one or more event parameters and the one or more event target features using historical data corresponding to one or more previous series of live events, wherein such iterative training improves the accuracy of the ML model;

receiving, from a user, one or more user-specific event parameters for a future series of live events associated with a first performer, the user-specific event parameters including scheduling information for one or more future performances by at least one second performer;

receiving, from the user, one or more user-specific event weights representing one or more prioritized event target features associated with the future series of live events;

providing the one or more user-specific event parameters and the one or more user-specific event weights to the trained ML model;

generating, via the trained ML model, a schedule for the future series of live events that is optimized relative to the one or more prioritized event target features;

detecting a real-time change to the scheduling information for the one or more future performances by the at least one second performer;

providing the real-time change to the trained ML model to improve the accuracy of the trained ML model; and

updating, via the trained ML model, the schedule for the future series of live events such that the schedule remains optimized relative to the one or more prioritized event target features in view

15

of the real-time change to the scheduling information for the one or more future performances by the at least one second performer.

\* \* \*

4. The method of claim 1, wherein generating the schedule for the future series of live events that is optimized relative to the one or more prioritized target features comprises generating a schedule that maximizes at least one of a revenue or a total attendance for at least one of the future series of live events or a single event from the future series of live events.

\* \* \*

8. The method of claim 1, wherein detecting the real-time change to the scheduling information for the one or more future performances by the at least one second performer includes collecting and/or analyzing social media data related to the at least one second performer.

Ex. D ('960 Patent) at 14:12-60, 15:1-7, 15:23-27.

32.    The '367 and '960 Patents' recitation of the use of machine learning techniques to generate event schedules based on one or more event parameters and event target features, "iteratively training" the machine learning model to improve accuracy in the generated event schedule, and collecting and analyzing social media data, provides an improvement to traditional, conventional techniques used to generate event schedules.  Event schedules that automatically update on demand and in real-time based on changes to event parameters and target criteria, and in response to social media data, are far superior to traditional, conventional techniques used to generate event schedules.  In contrast to the claimed methods in the '367 Family, conventional techniques are unable to analyze such a large amount of data, and as a result generate schedules that are not as optimized, e.g., schedules that produce less revenue.

33.    The claims of the '367 and '960 Patents recite the use of machine learning to create an event schedule and overcome many of the negative features in the current manual process, which "can be difficult due to a wide variety of factors that may need to be considered (e.g.,

16

competing events, expenses, ticket prices, weather, performer availability, venue availability, etc.). Failure to properly consider such factors can lead to sub-optimal schedules that generate little interest among consumers and/or result in low attendance or ticket sales." '367 Patent at 1:26-33; '960 Patent at 1:38-41. The '367 and '960 Patents disclose and claim a specific process of generating improved event schedules by prioritizing certain event parameters and target features and iteratively training the machine learning model to improve accuracy. This complex multivariable analysis, fed with massive amounts of collected real-time data, and iteratively trained to recognize patterns, provides a better and more optimized event schedule than what a human could achieve without the claimed techniques.

34.    The '367 and '960 Patents do not simply claim automation of the manual process of generating a network map. Instead, the '367 and '960 Patents utilize machine learning techniques such as Bayesian networks or regressions. Ex. C ('367 Patent) at 5:65-6:6, 7:55-63; Ex. D ('960 Patent) at 6:6-16, 7:64-8:5. These techniques do not mimic mental processes, but are separate structures or architectures that receive, process, and generate data in a unique manner. By then applying the machine learning techniques to a computer, the '367 and '960 Patents recite a specific improvement in the computer system-generated event schedule.

35.    For example, the '367 and '960 Patents recite iteratively training the machine learning model to identify relationships between different event parameters and target features, providing real time updates to optimize the event scheduled based on identified changes to one of event parameters, and collecting and analyzing social media data to effect real time changes to the event schedule. The simultaneous consideration and application of innumerable variables to a proposed event schedule can only be done using machine learning techniques applied to a computer system—such multivariable analysis is too sophisticated for a human to perform.

**FOX'S KNOWLEDGE AND**
**INFRINGEMENT OF THE PATENTS-IN-SUIT**

36.    On July 26, 2022, Recentive notified Fox by letter of the '811 Family.  The July 26 letter expressed Recentive's concerns that Fox was developing and/or using a networking and mapping analytics took for the scheduling and regionalization of events.  The July 26 letter further invited Fox to engage in discussions regarding a possible business relationship with Recentive.

37.    Receiving no response from Fox, on August 24, 2022, Recentive provided additional information to Fox regarding Fox's suspected infringement of the '957 Patent.  Again, Recentive invited Fox to engage in licensing discussions.  Although the parties exchanged multiple correspondence between August and October of 2022, Fox terminated licensing discussions on October 18, 2022.

38.    On November 14, 2022, Recentive sent a final letter to counsel for Fox requesting that Fox provide a sworn declaration from a person with knowledge of Fox's analysis of regional scheduling of sporting events that Fox is not using machine learning analytics to optimizing the scheduling of regional broadcasts of sporting events.  Fox did not respond or provide Recentive the requested assurance that it was not infringing the '811 Family.

**COUNT I**
**INFRINGEMENT OF THE '811 PATENT**

39.    Recentive incorporates by reference the preceding paragraphs 1–38 of this Complaint as if fully set forth herein.

40.    Recentive is the owner of the '811 Patent with all substantial rights to the '811 Patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

41.    The '811 Patent is valid and enforceable through its expiration in October of 2039, and the patent remains valid and enforceable to collect damages for any and all infringement.

18

42.     On information and belief, Fox has developed and is using an internal networking and mapping analytics tool for the scheduling and regionalization of events (the "Fox Mapping Tool"). The Fox Mapping Tool creates a schedule of events for content that occurs at discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) for a plurality of cities.

43.     Fox directly infringes the '811 Patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, through its design, implementation, and use of the Fox Mapping Tool.

44.     With respect to the preamble of claim 1 (Ex. A ('811 Patent) at 9:66-10:3), the Fox Mapping Tool receives a schedule for a first plurality of events scheduled to start at a first start time and a second plurality of events scheduled to start at a second time. This infringing activity is demonstrated by content that Fox distributes at certain discrete time slots. For example, the online listing of NFL Sunday games carried by Fox at 1 pm ET and 4 pm ET (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) (which is accessible at https://www.sportsmediawatch.com/nfl-tv-schedule-2022-fox-nbc-cbs-espn-amazon-tnf-snf-mnf/).

19

45.      With respect to limitation 1[b] of Claim 1 (Ex. A ('811 Patent) at 10:4-16), Fox operates numerous affiliate stations in many different U.S. cities and markets. *See e.g.,* https://www.fox.com/article/fox-affiliates-5987ae7f60ec65001f88ecdd/ (listing Fox affiliate stations in various U.S. cities and markets). Accordingly, the Fox Mapping Tool maps the first plurality of events and the second plurality of events to a plurality of television stations for a plurality of cities.



46.      Fox employs a "Vice President of Data Products and ML Strategy," who, on information and belief, has been developing and/or overseeing developing of the Fox Mapping Tool. Accordingly, with respect to limitation 1[c] of Claim 1 (Ex. A ('811 Patent) at 10:17-20), the Fox Mapping Tool generates its network map using a machine learning technique. Further, Fox uses the Fox Mapping Tool to optimize an overall television rating. *See*

20

https://www.sportsmediawatch.com/2022/09/nfl-week-3-ratings-fox-espn-abc-multi-year-highs-viewership/ ("Week 3 of the NFL season brought multi-year ratings highs to both FOX and ESPN/ABC. Sunday's NFL national window averaged a 13.4 rating and 26.4 million viewers on FOX, marking the highest rated and most-watched Week 3 telecast in eight years.  Ratings increased 15% and viewership 14% from last year.").

47.     With respect to limitation 1[d] of Claim 1 (Ex. A ('811 Patent) at 10:21-27), one significant value of a networking and mapping analytics tool that uses machine learning is the ability to update the network map in real time based on changing conditions.  On information and belief, the Fox Mapping Tool updates network maps in real time based on changing conditions.

48.     With respect to limitation 1[e] of Claim 1 (Ex. A ('811 Patent) at 10:28-32), as determining (i) the first event from the first plurality of events that will be displayed at the first time, and (ii) the second event from the second plurality of events that will be displayed at the second time.  On information and belief, the Fox Mapping Tool schedules and Fox broadcasts an individual NFL game on one of its affiliate stations at a 1 pm Eastern timeslot, and schedules and broadcasts a second, individual NFL game on that affiliate station at a 4 pm timeslot.

49.     Fox had knowledge of the '811 Patent and, based on associated entertainment properties' (e.g., NFL) public use and the literature available describing Recentive's patented technology, Fox knew or should have known that its design and use of its internal networking and mapping analytics tool would lead to actual infringement of the '811 Patent claims.  At a minimum, Fox has had notice of Recentive's application for, and issuance of, the '811 Patent since at least July 2022.

50.    Recentive has been damaged by Fox's infringement of the '811 Patent and is entitled to recover from Fox the damages sustained by Recentive as a result of Fox's acts in an amount adequate to compensate Recentive for Fox's infringement, subject to proof at trial.

51.    On information and belief, despite Fox's knowledge of the '811 Patent, Fox proceeded with its infringing activity, and with specific intent to cause (or willful blindness to causing) infringement of the '811 Patent by developing and utilizing its internal networking and mapping analytics tool to generate automatically updated network maps based on a changed condition.

52.    Fox's infringement of the '811 Patent has been and continues to be willful and deliberate as Fox has acted in an objectively reckless manner in view of the high likelihood that its acts constituted infringement of the '811 Patent and with full knowledge of Recentive's rights in the '811 Patent.

## COUNT II
## INFRINGEMENT OF THE '957 PATENT

53.    Recentive incorporates by reference the preceding paragraphs 1–52 of this Complaint as if fully set forth herein.

54.    Recentive is the owner of the '957 Patent with all substantial rights to the '957 Patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

55.    The '957 Patent is valid and enforceable through its expiration in October of 2039, and the patent remains valid and enforceable to collect damages for any and all infringement.

56.    On information and belief, Fox has developed and is using the Fox Mapping Tool. The Fox Mapping Tool creates a schedule of events for content that occurs at discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) for a plurality of cities.

22

57.    Fox directly infringes the '957 Patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, through its design, implementation, and use of the Fox Mapping Tool.

58.    With respect to the preamble and limitation 1[a] of Claim 1 (Ex. B ('957 Patent) at 10:8-12), the Fox Mapping Tool obtains a schedule for a first plurality of events scheduled to start at a first start time and a second plurality of events scheduled to start at a second time. This infringing activity is demonstrated by content that Fox distributes at certain discrete time slots. For example, the online listing of NFL Sunday games carried by Fox at 1 pm ET and 4 pm ET (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) (which is accessible at https://www.sportsmediawatch.com/nfl-tv-schedule-2022-fox-nbc-cbs-espn-amazon-tnf-snf-mnf/).

59.    With respect to limitation 1[b] of Claim 1 (Ex. B ('957 Patent) at 10:13-24), Fox operates numerous affiliate stations in many different U.S. cities and markets. *See e.g.,* https://www.fox.com/article/fox-affiliates-5987ae7f60ec65001f88ecdd/ (listing Fox affiliate stations in various U.S. cities and markets). Accordingly, the Fox Mapping Tool maps the first plurality of events and the second plurality of events to a plurality of television stations for a plurality of cities.

## NFL TV Schedule

See how to watch or stream every game with the 2022 NFL TV schedule on FOX, NBC, CBS, ESPN, ABC, NFL Network and Amazon Prime. **Key dates:** September 8 (start of season), January 14 (start of playoffs), February 12 (Super Bowl on FOX).

### NFL TV schedule

( Select week or window )   ( How to stream )

( Week 8 ) ▲

**Sunday, October 30**

| TIME ET | GAME | TV |
| --- | --- | --- |
| 9:30a | NFL International Series (London) Broncos – Jaguars | ESPN+ |
| | Broncos-Jaguars is only on ESPN+. You can sign-up for a $9.99/month subscription here. | |
| 1:00p | Live cut ins of all afternoon games | NFL RedZone Watch on Fubo TV |
| 1:00p | Bears – Cowboys (85% of U.S.) | FOX |
| | Panthers – Falcons (9%) | |
| | Cardinals – Vikings (5%) | |
| 1:00p | Raiders – Saints | CBS, Paramount+ |
| | Steelers – Eagles | |
| | Dolphins – Lions | |
| | Patriots – Jets | |
| 4:05p | Titans – Texans | |
| 4:25p | 49ers – Rams (47%) | FOX |

60.     Fox employs a "Vice President of Data Products and ML Strategy," who, on information and belief, has been developing and/or overseeing developing of the Fox Mapping Tool.  Accordingly, with respect to limitation 1[c] of Claim 1 (Ex. B ('957 Patent) at 10:25-28), the Fox Mapping Tool generates its network map using a machine learning technique.  Further, Fox uses the Fox Mapping Tool to optimize an overall television rating.  *See* https://www.sportsmediawatch.com/2022/09/nfl-week-3-ratings-fox-espn-abc-multi-year-highs-viewership/ ("Week 3 of the NFL season brought multi-year ratings highs to both FOX and ESPN/ABC. Sunday's NFL national window averaged a 13.4 rating and 26.4 million viewers on FOX, marking the highest rated and most-watched Week 3 telecast in eight years.  Ratings increased 15% and viewership 14% from last year.").

24

61.    With respect to limitation 1[d] of Claim 1 (Ex. B ('957 Patent) at 10:29-35), one significant value of a networking and mapping analytics tool that uses machine learning is the ability to update the network map in real time based on changing conditions.  On information and belief, the Fox Mapping Tool updates network maps in real time based on changing conditions.

62.    With respect to limitation 1[e] of Claim 1 (Ex. B ('957 Patent) at 10:36-40), as determining (i) the first event from the first plurality of events that will be displayed at the first time, and (ii) the second event from the second plurality of events that will be displayed at the second time.  On information and belief, the Fox Mapping Tool schedules and Fox broadcasts an individual NFL game on one of its affiliate stations at a 1 pm Eastern timeslot, and schedules and broadcasts a second, individual NFL game on that affiliate station at a 4 pm timeslot.

63.    Fox had knowledge of the '957 Patent and, based on associated entertainment properties' (e.g., NFL) public use and the literature available describing Recentive's patented technology, Fox knew or should have known that its design and use of its internal networking and mapping analytics tool would lead to actual infringement of the '957 Patent claims.  At a minimum, Fox has had notice of Recentive's application for, and issuance of, the '957 Patent since at least July 2022.

64.    Recentive has been damaged by Fox's infringement of the '957 Patent and is entitled to recover from Fox the damages sustained by Recentive as a result of Fox's acts in an amount adequate to compensate Recentive for Fox's infringement, subject to proof at trial

65.    On information and belief, despite Fox's knowledge of the '957 Patent, Fox proceeded with its infringing activity, and with specific intent to cause (or willful blindness to causing) infringement of the '957 Patent by developing and utilizing its internal networking and

25

mapping analytics tool to generate automatically updated network maps based on a changed condition.

66.     Fox's infringement of the '957 Patent has been and continues to be willful and deliberate as Fox has acted in an objectively reckless manner in view of the high likelihood that its acts constituted infringement of the Recentive '957 Patent and with full knowledge of Recentive's rights in the '957 Patent.

**COUNT III**
**INFRINGEMENT OF THE '367 PATENT**

67.     Recentive incorporates by reference the preceding paragraphs 1–66 of this First Amended Complaint as if fully set forth herein.

68.     Recentive is the owner of the '367 Patent with all substantial rights to the '367 Patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

69.     The '367 Patent is valid and enforceable through its expiration in May of 2041, and the patent remains valid and enforceable to collect damages for any and all infringement.

70.     On information and belief, Fox has developed and is using the Fox Mapping Tool. The Fox Mapping Tool creates a schedule of events for content that occurs at discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) for a plurality of cities.

71.     Fox directly infringes the '367 Patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, through its design, implementation, and use of the Fox Mapping Tool.

72.     With respect to the preamble and limitations 1[a]-1[b] of Claim 1 (Ex. C ('367 Patent) at 14:2-9), the Fox Mapping Tool generates an event schedule based on event parameters such as venue availability, venue locations, proposed ticket prices, performer fees, venue fees,

26

scheduled performances and on event target feature such as event attendance, event profit, event revenue, and event expenses, where a user selects the parameters and target features. This infringing activity is demonstrated by content that Fox distributes at certain discrete time slots. For example, the online listing of NFL Sunday games carried by Fox at 1 pm ET and 4 pm ET (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) (which is accessible at https://www.sportsmediawatch.com/nfl-tv-schedule-2022-fox-nbc-cbs-espn-amazon-tnf-snf-mnf/).

73.     Fox employs a "Vice President of Data Products and ML Strategy," who, on information and belief, has been developing and/or overseeing developing of the Fox Mapping Tool. Accordingly, with respect to limitation 1[c] of Claim 1 (Ex. C ('367 Patent) at 14:10-14), the Fox Mapping Tool generates its network map using a machine learning technique.

74.     With respect to limitation 1[d] of Claim 1 (Ex. C ('367 Patent) at 14:15-19), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be iteratively trained using specified parameters and target features to improve the accuracy of the machine learning model. On information and belief, the Fox Mapping Tool has this capability and is iteratively trained to identify relationships between different event parameters and event target feature using historical data to improve the accuracy of the machine learning model.

75.     With respect to limitation 1[e] of Claim 1 (Ex. C ('367 Patent) at 14:20-25), Fox distributes live event content that occurs at certain discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) to numerous affiliate stations in many different U.S. cities and markets. Accordingly, the Fox Mapping Tool receives event parameters for a future series of live events to

be held in a plurality of geographic regions. See: https://www.fox.com/article/fox-affiliates-5987ae7f60ec65001f88ecdd/, showing Fox affiliate stations in different U.S. cities and markets.

76.     With respect to limitation 1[f] of Claim 1 (Ex. C ('367 Patent) at 14:26-28), one significant value of a networking and mapping analytics tool that uses machine learning is the ability to weight target features so as to maximize profit and revenue. On information and belief, Fox is a for-profit entity and accordingly, the Fox Mapping Tool receives one or more user-specific event weights representing one or more prioritized event target features associated with the future series of live events.

77.     With respect to limitation 1[g] of Claim 1 (Ex. C ('367 Patent) at 14:29-32), one significant value of a networking and mapping analytics tool that uses machine learning is the ability for a user to provide event parameters and event weights to the machine learning model, so that the trained machine learning model generates a schedule. Accordingly, on information and belief, user-specific event parameters and user-specific event weights are provided to the Fox Mapping Tool.

78.     With respect to limitation 1[h] of Claim 1 (Ex. C ('367 Patent) at 14:33-35), a natural extension of the capabilities in limitations 1[d]-1[g] is the ability of the trained machine learning model to generate a schedule for a future series of live events that is optimized relative to the one or more prioritized event target features. Accordingly, on information and belief, the Fox Mapping Tool generates, via the trained machine learning model, a schedule for the future series of live events that is optimized relative to the one or more prioritized event target features.

79.     With respect to limitation 1[i] of Claim 1 (Ex. C ('367 Patent) at 14:36-38), one significant value of a networking and mapping analytics tool that uses machine learning is its

ability to detect real time changes to event parameters.  Accordingly, on information and belief, the Fox Mapping Tool detects a real-time change to the one or more user specific event parameters.

80.     With respect to limitation 1[j] of Claim 1 (Ex. C ('367 Patent) at 14:39-40), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be updated based on real time changing conditions to improve the machine learning accuracy.  Accordingly, on information and belief, the real time change is provided to the Fox Mapping Tool to improve its accuracy.

81.     With respect to limitation 1[k] of Claim 1 (Ex. C ('367 Patent) at 14:44-49), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be updated based on real time changing conditions to improve the machine learning accuracy.  Accordingly, on information and belief, the Fox Mapping Tool generates a schedule for the future series of live events that remains optimized relative to the one or more prioritized event target features in view of the real-time change to the scheduling information for the one or more future performances. .

82.     With respect to limitation 1[l] of Claim 1 (Ex. C ('367 Patent) at 14:43-48), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be updated in real time based on changing conditions.  Accordingly, on information and belief, the Fox Mapping Tool generates a schedule for the future series of live events that remains optimized relative to the one or more prioritized event target features in view of the real-time change to the one or more user-specific event parameters.

83.     Recentive has been damaged by Fox's infringement of the '367 Patent and is entitled to recover from Fox the damages sustained by Recentive as a result of Fox's acts in an amount adequate to compensate Recentive for Fox's infringement, subject to proof at trial

29

84.     Fox's infringement of the '367 Patent has been and continues to be willful and deliberate as Fox has acted in an objectively reckless manner in view of the high likelihood that its acts constituted infringement of the Recentive '367 Patent and with full knowledge of Recentive's rights in the '367 Patent.

**COUNT IV**
**INFRINGEMENT OF THE '960 PATENT**

85.     Recentive incorporates by reference the preceding paragraphs 1-84 of this First Amended Complaint as if fully set forth herein.

86.     Recentive is the owner of the '960 Patent with all substantial rights to the '960 Patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

87.     The '960 Patent is valid and enforceable through its expiration in May of 2041, and the patent remains valid and enforceable to collect damages for any and all infringement.

88.     On information and belief, Fox has developed and is using the Fox Mapping Tool. The Fox Mapping Tool creates a schedule of events for content that occurs at discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) for a plurality of cities.

89.     Fox directly infringes the '960 Patent under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, through its design, implementation, and use of the Fox Mapping Tool.

90.     With respect to the preamble and limitations 1[a]-1[b] of Claim 1 (Ex. D ('960 Patent) at 14:12-22), the Fox Mapping Tool generates an event schedule based on event parameters such as scheduling information for the performances and target features such as event attendance, event profit, event revenue, and/or event expenses.  This infringing activity is demonstrated by content that Fox distributes at certain discrete time slots.  For example, the online listing of NFL

30

Sunday games carried by Fox at 1 pm ET and 4 pm ET (e.g., NFL Sunday games at 1 pm ET and 4 pm ET) (which is accessible at https://www.sportsmediawatch.com/nfl-tv-schedule-2022-fox-nbc-cbs-espn-amazon-tnf-snf-mnf/).

91.   Fox employs a "Vice President of Data Products and ML Strategy," who, on information and belief, has been developing and/or overseeing developing of the Fox Mapping Tool.  Accordingly, with respect to limitation 1[c] of Claim 1 (Ex. D ('960 Patent) at 14:23-27), the Fox Mapping Tool generates its network map using a machine learning technique.

92.   With respect to limitation 1[d] of Claim 1 (Ex. D ('960 Patent) at 14:28-33), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be iteratively trained using specified parameters and target features to improve the accuracy of the machine learning model.  On information and belief, the Fox Mapping Tool has this capability and is iteratively trained to identify relationships between different event parameters and event target feature using historical data to improve the accuracy of the machine learning model.

93.   With respect to limitation 1[e] of Claim 1 (Ex. D ('960 Patent) at 14:34-38), Fox distributes live event content by multiple performers that occurs at certain discrete time slots (e.g., NFL Sunday games at 1 pm ET and 4 pm ET).  Accordingly, the Fox Mapping Tool receives event parameters for a future series of live events based on scheduling information for a first performer and a second performer.  See: https://www.fox.com/article/fox-affiliates-5987ae7f60ec65001f88ecdd/, showing Fox affiliate stations in different U.S. cities and markets.

94.   With respect to limitation 1[f] of Claim 1 (Ex. D ('960 Patent) at 14:39-42), one significant value of a networking and mapping analytics tool that uses machine learning is the ability to weight target features so as to maximize profit and revenue.  On information and belief,

Fox is a for-profit entity and accordingly, the Fox Mapping Tool receives one or more user-specific event weights representing one or more prioritized event target features associated with the future series of live events.

95.   With respect to limitation 1[g] of Claim 1 (Ex. D ('960 Patent) at 14:43-45), one significant value of a networking and mapping analytics tool that uses machine learning is the ability for a user to provide event parameters and event weights to the machine learning model, so that the trained machine learning model generates a schedule.  Accordingly, on information and belief, user-specific event parameters and user-specific event weights are provided to the Fox Mapping Tool.

96.   With respect to limitation 1[h] of Claim 1 (Ex. D ('960 Patent) at 14:46-48), a natural extension of the capabilities in limitations 1[d]-1[g] is the ability of the trained machine learning model to generate a schedule for a future series of live events that is optimized relative to the one or more prioritized event target features.  Accordingly, on information and belief, the Fox Mapping Tool generates, via the trained machine learning model, a schedule for the future series of live events that is optimized relative to the one or more prioritized event target features.

97.   With respect to limitation 1[i] of Claim 1 (Ex. D ('960 Patent) at 14:49-51), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to detect real time changes to event parameters.  Accordingly, on information and belief, the Fox Mapping Tool detects a real-time change to the one or more user specific event parameters.

98.   With respect to limitation 1[j] of Claim 1 (Ex. D ('960 Patent) at 14:52-53), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be updated based on real time changing conditions to improve the machine learning

accuracy. Accordingly, on information and belief, the real time change is provided to the Fox Mapping Tool to improve its accuracy.

99. With respect to limitation 1[k] of Claim 1 (Ex. D ('960 Patent) at 14:54-60), one significant value of a networking and mapping analytics tool that uses machine learning is its ability to be updated in real time based on changing conditions. Accordingly, on information and belief, the Fox Mapping Tool generates a schedule for the future series of live events that remains optimized relative to the one or more prioritized event target features in view of the real-time change to the one or more user-specific event parameters.

100. Recentive has been damaged by Fox's infringement of the '960 Patent and is entitled to recover from Fox the damages sustained by Recentive as a result of Fox's acts in an amount adequate to compensate Recentive for Fox's infringement, subject to proof at trial

101. Fox's infringement of the '960 Patent has been and continues to be willful and deliberate as Fox has acted in an objectively reckless manner in view of the high likelihood that its acts constituted infringement of the Recentive '960 Patent and with full knowledge of Recentive's rights in the '960 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Recentive respectfully demands judgment in its favor and against Fox as follows:

a) Declaring that Fox has been and is currently infringing the '811, '957, '367, and '960 Patents;

b) Awarding damages as described in each of the above claims, in favor of Recentive and against Fox in amounts to be determined at trial;

c) Enjoining Fox and its respective officers, agents, servants, employees and attorneys, and all other persons in active concert or participation with them, from

33

using Recentive's patented technology and from selling, offering for sale, marketing or using any internal network and mapping analytics tool for the scheduling and regionalization of events covered by the '811 Patent, '957 Patent, '367, and/or the '960 Patent;

d) A determination that Fox's infringement of the '811 Patent, '957 Patent, '367 Patent, and/or the '960 Patent was willful, and trembling of damages pursuant to 35 U.S.C. § 284;

e) A judgment that this is an exceptional case and that Recentive be awarded its attorneys' fees incurred in this action pursuant to 35 U.S.C. § 285;

f) An order awarding Recentive pre- and post-judgment interest on its damages;

g) Costs and expenses in this action; and

h) Awarding such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Recentive respectfully demands a jury trial pursuant to Fed. R. Civ. P. 38 on all issues so triable.

34

Respectfully submitted,

/s/ Nathan R. Hoeschen

OF COUNSEL:
Robert Frederickson III
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Alexandra D. Valenti
Jenevieve N. Nutovits
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 459-7351

Alison Siedor
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000

Dated: February 24, 2023

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*