**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RECENTIVE ANALYTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOX CORPORATION, <br> FOX BROADCASTING COMPANY, LLC, <br> and FOX SPORTS PRODUCTIONS, LLC, <br><br> Defendants. | Civil Action No. 22-1545-GBW |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Fox Corporation, Fox Broadcasting Company, LLC and Fox Sports Productions, LLC respectfully seek to dismiss Plaintiff Recentive Analytics, Inc.'s first amended complaint for patent infringement, for failure to state a claim for relief.  Plaintiff's asserted patents—U.S. Patent No. 10,911,811, U.S. Patent No. 10,958,957, U.S. Patent No. 11,386,367, and U.S. Patent No. 11,537,960 (together, the "Patents-in-Suit")—fail to claim patent eligible subject matter under 35 U.S.C. § 101 and are therefore invalid.

The grounds for this Motion are set forth in Defendants' Opening Brief in support of this Motion, filed herewith.

*Of Counsel:*

Pillsbury Winthrop Shaw Pittman LLP

Michael E. Zeliger
Ranjini Acharya
2550 Hanover Street
Palo Alto, CA 94304
(650) 233-4500
michael.zeliger@pillsburylaw.com
ranjini.acharya@pillsburylaw.com

Evan Finkel
Michael S. Horikawa
725 S Figueroa St – 36th Floor
Los Angeles, CA 90017
(213) 488-7307
evan.finkel@pillsburylaw.com
michael.horikawa@pillsburylaw.com

Dated:  March 21, 2023

*/s/ Francis DiGiovanni*
Francis DiGiovanni (No. 3189)
Thatcher A. Rahmeier (No. 5222)
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Fox Corporation and Fox Broadcasting Company LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| |
|---|
| RECENTIVE ANALYTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOX CORPORATION,<br>FOX BROADCASTING COMPANY, LLC,<br>and FOX SPORTS PRODUCTIONS, LLC,<br><br>Defendants. |

Civil Action No. 22-1545-GBW

## <u>PROPOSED ORDER</u>

WHEREAS Defendants Fox Corporation, Fox Broadcasting Company, LLC, and Fox Sprots Productions, LLC have sought to dismiss Plaintiff Recentive Analytics, Inc.'s first amended complaint for patent infringement (D.I. 13) for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6);

WHEREAS, the Court having considered the Motion and the briefing related hereto, finds Plaintiff's asserted patents—U.S. Patent No. 10,911,811, U.S. Patent No. 10,958,957, U.S. Patent No. 11,386,367, and U.S. Patent No. 11,537,960 (together, the "Patents-in-Suit")—fail to claim patent eligible subject matter under 35 U.S.C. § 101 and are therefore invalid,

IT IS THEREFORE ORDERED this _____ day of _____, 2023, that the Motion is GRANTED, that the Patents-in-Suit are invalid and Plaintiff's First Amended Complaint (D.I. 13) is therefore dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE