# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECENTIVE ANALYTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOX CORPORATION,<br>FOX BROADCASTING COMPANY, LLC,<br>and FOX SPORTS PRODUCTIONS, LLC,<br><br>Defendants. | Civil Action No. 22-1545-GBW |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Thatcher A. Rahmeier of Faegre Drinker Biddle & Reath LLP as counsel to Defendants Fox Corporation and Fox Broadcasting Company LLC in the above action.

*Of Counsel:*

Pillsbury Winthrop Shaw Pittman LLP

Michael E. Zeliger
Ranjini Acharya
2550 Hanover Street
Palo Alto, CA 94304
(650) 233-4500
michael.zeliger@pillsburylaw.com
ranjini.acharya@pillsburylaw.com

Evan Finkel
Michael S. Horikawa
725 S Figueroa St – 36th Floor
Los Angeles, CA 90017
(213) 488-7307
evan.finkel@pillsburylaw.com
michael.horikawa@pillsburylaw.com

Dated:  June 20, 2023

*/s/ Thatcher A. Rahmeier*
Francis DiGiovanni (No. 3189)
Thatcher A. Rahmeier (No. 5222)
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Fox Corporation and Fox Broadcasting Company LLC*

US.358154429.01