

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

August 4, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Recentive Analytics, Inc. v. Fox Corp. et al.*, C.A. No. 22-1545-GBW

Dear Judge Williams:

I write on behalf of Plaintiff Recentive Analytics, Inc. to request a Rule 16(b) scheduling conference at the Court's earliest convenience.

Rule 26(f) requires the parties to hold a conference to discuss discovery and scheduling issues "as soon as practicable." Defendants, however, have declined to engage in a Rule 26(f) conference while their motion to dismiss (D.I. 18) is pending. Defendants have also refused to engage in even preliminary discussions concerning discovery procedures, e.g., a protective order, ESI procedures, and any limits on discovery, while their motion to dismiss remains pending. Defendants' motion has been fully briefed since April 18, 2023 (D.I. 23); oral argument has not yet been scheduled. There is no good cause to delay these preliminary discussions or the subsequent opening of discovery.

                              Respectfully submitted,

                              */s/ Andrew E. Russell*

                              Andrew E. Russell (No. 5382)

cc:    Clerk of Court (by CM/ECF & Hand Delivery)
       All Counsel of Record (by CM/ECF & Email)